No. 71–6619. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6629. HENKEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6631. HELTON *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 71–6634. BEANE *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Certiorari denied.

No. 71–6637. JOHNSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 71–6639. SCIORTINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6640. MADISON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6641. WYSOCKI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6646. GUERIN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–6648. GONZALEZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–6650. GOODWIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–6651. COPELAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.